JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patience Silva,<br><br>    Plaintiff,<br><br>  v.<br><br>Jeff Khrone et al.,<br><br>    Defendant(s). | 8:18-cv-01221-JVS-ADS<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: April 8, 2019

_____
James V. Selna
United States District Judge